**Opinion issued April 7, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-01027-CV

_____

**ARNOLD GOFFE, Appellant**

**V.**

**U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET BACK-CERTIFICATES, SERIES 2005-HE11, Appellee**

---

**On Appeal from the 334th Judicial District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-77133**

---

## MEMORANDUM OPINION

Appellant, Arnold Goffe, has filed a motion for dismissal of his appeal. *See*

TEX. R. APP. P. 42.1(a)(1). Although there is no certificate of conference, the

motion contains a certificate of service on appellee, has been on file with the Court for more than 10 days, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.